IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK HOOVER, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:22-cv-252-LPR

**RAZORS EDGE PIZZA, INCORPORATED**     **DEFENDANT**

## UNOPPOSED MOTION FOR ENTRY OF JUDGMENT

Plaintiff Patrick Hoover, by and through his undersigned counsel, hereby submits the following for his Unopposed Motion for Entry of Judgment:

1. On August 5, 2022, Defendant's counsel emailed Plaintiff's counsel with an offer of judgment (a) in the sum of $2,411.00, inclusive of all accrued damages, and (b) for reasonable attorneys' fees and costs to be determined by the Court on a properly supported motion under the Fair Labor Standards Act and the Arkansas Minimum Wage Act. ECF No. 5-1.

2. On August 19, 2022, Plaintiff filed a Notice of Acceptance of the Offer of Judgment. ECF No. 5.

3. Under Federal Rule of Civil Procedure ("FRCP") 68(a), the clerk must enter judgment following a filed acceptance of an Offer of Judgment.

4. Under FRCP 58(a), "[e]very judgment and amended judgment must be set out in a separate document…".

5. Judgment has not yet been entered for Plaintiff's Offer of Judgment.

6.     Accordingly, Plaintiff seeks the Court to enter judgment against Defendant in the sum of $2,411.00, plus reasonable attorneys' fees and costs to be determined either between the Parties or by the Court.

7.     The Parties are in the process of negotiating Plaintiff's attorneys' fees and costs. Should the Parties not be able to agree, Plaintiff specifically reserves the right to move the Court for fees and costs within twenty-one (21) days of the Court's entry of judgment.

8.     Plaintiff's counsel has conferred with Defendant's counsel via email regarding this Motion. Defendant's counsel stated that Defendant does not plan on objecting to this Motion; therefore, this Motion is unopposed.

WHEREFORE, Plaintiff respectfully requests that his Unopposed Motion for Entry of Judgment be granted in its entirety, that the Court enter judgment for Plaintiff in the amount of $2,411.00, plus reasonable attorneys' fees and costs to be determined either between the Parties or by the Court, and for all other just and equitable relief to which Plaintiff may be entitled.

Respectfully submitted,

**PLAINTIFF PATRICK HOOVER**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Patrick Wilson
Ark. Bar No. 2021311
patrick@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com