IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK HOOVER, Individually and on Behalf**            **PLAINTIFF**
**of All Others Similarly Situated**

v.            Case No. 4:22-cv-00252-LPR

**RAZORS EDGE PIZZA, INCORPORATED**            **DEFENDANT**

## JUDGMENT

Based on the Notice of Acceptance of Offer of Judgment by Patrick Hoover (Doc. 5), and the Unopposed Motion for Judgment (Doc. 6), it is CONSIDERED, ORDERED, AND ADJUDGED that judgment is entered in favor of Plaintiff Patrick Hoover in the amount of $2,411.00, inclusive of all accrued damages.[1]  This Judgment disposes of all claims in this case.

IT IS SO ADJUDGED this 2nd day of November 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The $2,411.00 does not include attorneys' fees, which will be determined either upon agreement of the parties or by this Court upon a proper motion.